IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 JUN -7 PM 2:49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BETTY ANN LEWIS

    Plaintiff,

vs.

Case No.: 2:04-2827-BBD-dkv

LIFE INSURANCE COMPANY OF
NORTH AMERICA[1]

    Defendant.

## ~~PROPOSED~~ ORDER CONTINUING DEADLINES UNDER SCHEDULING ORDER

It appearing to this Court that defendant, Life Insurance Company of North America, and plaintiff, Betty Ann Lewis, should be afforded an additional amount of time of thirty (30) days within which to file motions on the merits, up to and including July 15, 2005. As a consequence, the deadline to file responsive briefs shall be continued until August 14, 2005.

It is, therefore, ORDERED, that the deadlines for the filing of motions on the merits by defendant, Life Insurance Company of North America, and plaintiff, Betty Ann Lewis, as well as the responses thereto are continued. Motions on the merits shall be filed no later than July 15, 2005 and response briefs shall be filed no later than August 14, 2005.

It is so ORDERED this 7th day of June, 2005.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

---

[1] The Defendant's correct name is Life Insurance Company of North America, and not CIGNA Group Insurance, as Plaintiff suggests in her Complaint. Defendant requests that its proper name be substituted on all future filings.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/13/05

5105565.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02827 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

David A. Thornton
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Ashley Swain Old
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable Bernice Donald
US DISTRICT COURT