IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1 AM 10: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| BETTY ANN LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-2827 BBD-dkv |
| ) | |
| CIGNA GROUP INSURANCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the consent of the parties as is evidenced by the signatures below and upon the statement of counsel for the parties that all matters in controversy among the parties have been compromised and settled, it appears to the Court that this action filed against the defendant should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that this action is hereby dismissed, with prejudice, with each party to bear its own costs.

_____
JUDGE

DATE: July 29, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

CONSENTED TO AND APPROVED BY:

_____
Justin S. Gilbert
Michael L. Russell
Gilbert & Russell, PLC
P.O. Box 11357
Jackson, Tennessee 38308
(731) 664-1340

Attorneys for Betty Ann Lewis


_____
DAVID A. THORNTON (011158)
BASS, BERRY, & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
(901) 543-5922

Attorneys for CIGNA Group Insurance

5108354.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02827 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Ashley Swain Old
HUSCH & EPPENBERGER, LLC
6060 Poplar Ave.
Ste. 440
Memphis, TN 38119

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable Bernice Donald
US DISTRICT COURT